UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DELBERT M. GREENE,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>STATE OF NEVADA, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 2:19-cv-01529-APG-NJK<br><br>ORDER<br><br>(Docket No. 9) |

In its June 1, 2020 Screening Order, the Court ordered Plaintiff to file his amended complaint by July 6, 2020. Docket No. 7 at 11. Plaintiff has now filed a motion for an extension of time until August 6, 2020 to file an amended complaint. Docket No. 9.

For good cause shown, Plaintiff's motion for extension of time is **GRANTED**. Docket No. 9. Plaintiff shall file his amended complaint no later than August 6, 2020. If Plaintiff fails to comply with this order, the undersigned will recommend that this action be dismissed without prejudice for failure to state a claim.

IT IS SO ORDERED.

DATED: June 11, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE