UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DELBERT M. GREENE,<br><br>　　Plaintiff<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>　　Defendants | Case No.: 2:19-cv-01529-APG-NJK<br><br>**Order Denying Motion for Preliminary Injunction**<br><br>[ECF No. 15] |

　　Plaintiff Delbert Greene moves for preliminary injunctive relief related to his transfer to Ely State Prison, the refusal of a back brace and lower bunk, a prescription for high blood pressure medication, and the placement of information about his lawsuit in his medical file. Preliminary injunctive relief is appropriate where "the intermediate relief [is] of the same character as that which may be granted finally." *De Beers Consol. Mines v. United States*, 325 U.S. 212, 220 (1945). But a court cannot issue an injunction that "deals with a matter lying wholly outside the issues in the suit." *Id.* I deny Greene's motion because the relief he seeks is unrelated to the allegations in the complaint in this case. Greene's complaint relates to the calculation of his sentence for a robbery conviction. *See* ECF No. 13.

　　I THEREFORE ORDER that plaintiff Delbert Greene's motion for preliminary injunction **(ECF No. 15) is DENIED**.

　　DATED this 22nd day of March, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE