UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| DELBERT GREENE, | Case No. 2:19-cv-01529-APG-NJK |
|---|---|
| Plaintiff(s), | **ORDER** |
| v. | [Docket No. 29] |
| STATE OF NEVADA, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to serve Defendant Shelly Williams. Docket No. 29.

In the order screening the amended complaint, the Court determined that claims against Defendant Williams could proceed. Docket No. 17. The Attorney General's Office was ordered to file a notice advising the Court and Plaintiff of: (a) the names of the defendants for whom it accepts service; (b) the names of the defendants for whom it does not accept service, and (c) the names of the defendants for whom it is filing the last-known-address information under seal. Docket No. 24 at 3. The Attorney General's Office indicated that it would not accept service for Defendant Williams, and provided her last known address under seal. Docket Nos. 26, 27.

Plaintiff's motion for service on Defendant Williams is **GRANTED**. The U.S. Marshal shall serve Defendant Williams. The Court therefore **ORDERS** as follows:

- The Clerk's Office is instructed to mail Plaintiff a blank copy of the USM-285 form.
- Plaintiff shall have twenty days in which to furnish the U.S. Marshal with the required USM-285 forms (with Defendant's address omitted).
- The Clerk's Office shall issue summons to Defendant Williams under seal, and deliver the amended complaint and that summons to the U.S. Marshal for service.

1

- Within twenty days after receiving from the U.S. Marshal a copy of the Form USM-285, showing whether service has been accomplished, Plaintiff must file a notice identifying whether Defendant Williams was served. If service was unsuccessful and Plaintiff wishes to have service attempted again, a motion must be filed identifying the unserved defendant and specifying a detailed name and/or address for said defendant, or whether some other manner of service should be attempted.
- Defendant's address shall remain sealed and shall not be provided to Plaintiff.

IT IS SO ORDERED.

Dated: June 9, 2021

_____
Nancy J. Koppe
United States Magistrate Judge