UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DELBERT GREENE,<br><br>             Plaintiff(s),<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>             Defendant(s). | Case No. 2:19-cv-01529-APG-NJK<br><br>**ORDER**<br><br>[Docket No. 28] |

Pending before the Court is Plaintiff's motion to correct the docket to reflect that the filing fee has been paid in this case. Docket No. 28. Although Plaintiff represents that the filing fee was paid by a non-party on his behalf, he has not submitted any proof of payment with his motion. *See id.*[1] Accordingly, the motion is **DENIED** without prejudice. Any renewed motion must include documentation providing proof of payment (*i.e.*, a receipt).

IT IS SO ORDERED.

Dated: June 10, 2021

                                                                              _____
                                                                              Nancy J. Koppe
                                                                              United States Magistrate Judge

---

[1] The motion indicates that proof of payment is attached as an exhibit, *see* Docket No. 28 at 2, but no such exhibit was attached.

1