# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DELBERT GREENE,<br><br>    Plaintiff(s),<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>    Defendant(s). | Case No. 2:19-cv-01529-APG-NJK<br><br>**ORDER**<br><br>[Docket No. 33] |

Pending before the Court is Plaintiff's renewed motion to correct a prior order to reflect the filing fee has been paid in this case. Docket No. 33. Plaintiff attached the receipt of that payment. *See id.* at 2. Plaintiff's motion to correct is hereby **GRANTED**.

As a result, the Court further **ORDERS** as follows:

- The order at Docket No. 24 is **VACATED** to the extent it relates to Plaintiff's application to proceed *in forma pauperis*. As the filing fee has been paid, Plaintiff is not appearing *in forma pauperis* and Plaintiff's application to proceed *in forma pauperis* is **DENIED** as moot. As a result, the Court vacates the instruction for the Nevada Department of Corrections to forward payments to this Court. No such payments should be forwarded given the payment of the filing fee.

- The Clerk's Office is **INSTRUCTED** to send a copy of this order to the attention of Chief of Inmate Services for the Nevada Department of Corrections, P.O. Box 7011, Carson City, NV 89702.

IT IS SO ORDERED.

Dated: June 11, 2021

Nancy J. Koppe
United States Magistrate Judge

1