# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DELBERT M. GREENE,

    Plaintiff

v.

SHELLY WILLIAMS, et al.,

    Defendants

Case No.: 2:19-cv-01529-APG-NJK

**REFERRAL TO PRO BONO PROGRAM**

I refer this case to the Pro Bono Program (Program) adopted in General Order 2017-07 for the purpose of screening for financial eligibility (if necessary) and identifying counsel willing to be appointed as pro bono counsel for plaintiff Delbert Greene.  The scope of appointment will be for all purposes through the conclusion of trial.  By referring this case to the Program, I am not expressing an opinion as to the merits of the case.

I HEREBY ORDER that this case is referred to the Pro Bono Program for appointment of counsel for the purposes identified above.

I FURTHER ORDER the Clerk of Court to forward this order to the Pro Bono Liaison.

DATED this 24th day of October, 2022.

_____

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE