# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DELBERT GREENE,

    Plaintiff(s),

v.

STATE OF NEVADA, et al.,

    Defendant(s).

Case No. 2:19-cv-01529-APG-NJK

**ORDER**

[Docket Nos. 65, 67]

    Pending before the Court are Plaintiff's motions requesting document (Docket No. 65) and requesting Court assistance (Docket No. 67). The Court has referred this matter to the Pro Bono Program to determine whether counsel is willing to be appointed as Plaintiff's pro bono counsel. Docket No. 63 at 5; *see also* Docket No. 64. This process may take several weeks. In the interim, the motions requesting document (Docket No. 65) and requesting Court assistance (Docket No. 67) are **DENIED** without prejudice.

    IT IS SO ORDERED.

    Dated: November 7, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1