UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DELBERT M. GREENE,<br><br>　　Plaintiff<br><br>v.<br><br>SHELLY WILLIAMS, et al.,<br><br>　　Defendants | Case No.: 2:19-cv-01529-APG-NJK<br><br>**Order Denying Motions for Temporary Restraining Order and Preliminary Injunction**<br><br>[ECF Nos. 69, 70] |

    Plaintiff Delbert Greene moves to enjoin the defendants from removing funds from his prison account. ECF Nos. 69, 70. The defendants respond that I should deny the motions because they seek relief unrelated to the issues in Greene's amended complaint.

    Preliminary injunctive relief is appropriate where "the intermediate relief [is] of the same character as that which may be granted finally." *De Beers Consol. Mines v. United States*, 325 U.S. 212, 220 (1945). But a court cannot issue an injunction that "deals with a matter lying wholly outside the issues in the suit." *Id.*

    Greene's amended complaint alleges that the defendants miscalculated his sentence. ECF No. 11. It does not contain any allegations related to deductions from his account. His request for injunctive relief related to deductions from his account therefore relates to matters wholly outside this lawsuit. Consequently, I must deny his motions for injunctive relief in this lawsuit.

    I THEREFORE ORDER that plaintiff Delbert Greene's motions for a temporary restraining order and preliminary injunction **(ECF Nos. 69, 70) are DENIED**.

    DATED this 8th day of March, 2023.

ANDREW P. GORDON  
UNITED STATES DISTRICT JUDGE