# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DELBERT M. GREENE, | Case No. 2:19-cv-01529-APG-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| SHELLY WILLIAMS, et al., | |
| Defendant(s). | |

On October 24, 2022, United States District Judge Andrew P. Gordon denied the motion to dismiss filed by Defendants Renee Baker and E.K. McDaniels. Docket No. 63.[1] "[I]f the court denies the motion [to dismiss], the responsive pleading must be served within 14 days after notice of the court's action." Fed. R. Civ. P. 12(a)(4)(A). To date, Defendants Baker and McDaniels have not filed an answer.[2] Defendants are hereby **ORDERED** to file a responsive pleading by March 28, 2023.

IT IS SO ORDERED.

Dated: March 14, 2023

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge

---

[1] Although Plaintiff was referred to the *pro bono* program, Docket No. 64, it does not appear that counsel could be located to assist him on this case. At this juncture, the case will move forward with Plaintiff proceeding *pro se*.

[2] It appears that Defendant Shelly Williams was served in 2021, Docket Nos. 40-41, but Defendant Williams has also not filed a responsive pleading.