# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DELBERT M. GREENE,

     Plaintiff(s),

v.

SHELLY WILLIAMS, et al.,

     Defendant(s).

Case No. 2:19-cv-01529-APG-NJK

**ORDER**

[Docket No. 80]

     Pending before the Court is Plaintiff's motion to appoint counsel. Docket No. 80. Defendants must file a response or a notice of non-opposition by April 28, 2023.

     IT IS SO ORDERED.

     Dated: April 26, 2023

                                  Nancy J. Koppe

                                  United States Magistrate Judge

1