UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DELBERT M. GREENE,<br><br>    Plaintiff(s),<br><br>v.<br><br>SHELLY WILLIAMS, et al.,<br><br>    Defendant(s). | Case No. 2:19-cv-01529-APG-NJK<br><br>**ORDER**<br><br>[Docket No. 80] |

      Pending before the Court is Plaintiff's motion to appoint counsel. Docket No. 80. Defendants filed a notice of non-opposition. Docket No. 82. United States District Judge Andrew P. Gordon previously concluded that the circumstances warranted efforts to obtain counsel for Plaintiff in this case and referred the matter to the *pro bono* program. Docket No. 63 at 5. Unfortunately, the prior efforts to obtain *pro bono* counsel were not successful. *See* Docket No. 74. In the circumstances of this case, the Court will endeavor one more time to obtain *pro bono* counsel for Plaintiff. To be clear, <u>Plaintiff must comply with all requests from the *pro bono* liaison, including returning any forms and providing any requested information, to facilitate this process.</u> Accordingly, the motion to appoint counsel is **GRANTED** in that Plaintiff will be referred to the Court's *pro bono* program. The Clerk's Office is **INSTRUCTED** to provide a copy of this order to the *pro bono* liaison.

      In light of the ruling above, the Court will also extend the case management deadlines as follows:

- Amend pleadings/ add parties: July 31, 2023
- Discovery cutoff: August 30, 2023
- Discovery motion deadline: September 13, 2023

1

- Dispositive motions: September 29, 2023
- Joint proposed pretrial order: October 30, 2023, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: April 28, 2023

_____
Nancy J. Koppe
United States Magistrate Judge