AARON D. FORD
  Attorney General
Sabrena K. Clinton (Bar No. 6499)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3420 (phone)
(702) 486-3773 (fax)
sclinton@ag.nv.gov

*Attorneys for Renee Baker and E.K. McDaniel*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DELBERT M. GREENE,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>Defendants. | Case No. 2:19-cv-01529-APG-MDC<br><br>**JOINT SITPUATION TO EXTEND ALL DEADLINES**<br><br>**(SECOND REQUEST)** |

Defendants Renee Baker and E.K. McDaniel and Plaintiff Delbert Greene, by and through their respective counsel, submit this Stipulation and Proposed Order to Extend all Deadlines by an additional thirty (30) days. This is the second request to extend deadlines in this matter. The Parties have agreed to the extension for the reasons set forth below.

### PROCEDURAL BACKGROUND

Plaintiff filed his Amended Complaint in this case on July 15, 2020. (ECF No. 11.) Despite lack of service, Defendants Renee Baker and E.K. McDaniel filed their Motion to Dismiss on July 28, 2021 (ECF No. 37). On March 31, 2022, the Court denied the Motion to Dismiss ordering the Plaintiff to show cause why his claims should be equitably tolled and providing Defendants Baker and McDaniel with an opportunity to respond (ECF No. 45). On October 24, 2022, the Court denied Defendant Baker and McDaniel's motion to dismiss (ECF No. 37) and Plaintiff's motion for temporary restraining order (ECF No. 48)

but granted Plaintiff's motion for appointment of counsel (ECF No. 61). ECF No. 63. The Court referred the matter to the pro bono program on October 24, 2022 (ECF No. 64). Defendants Baker and McDaniel filed an Answer to the First Amended Complaint on March 28, 2023. (ECF No. 75.) On April 28, 2023, the Court issued an order to extend case management deadlines so as to allow time for pro bono counsel to be appointed for Plaintiff. (ECF No. 83.) Pro bono counsel entered an appearance on behalf of Plaintiff on June 2, 2023. (ECF No. 84.)

On July 31, 2023, the Court entered an order granting a Joint Request to Extend all Deadlines (First Request) (ECF No. 87). Since that time, the parties participated in a Rule 26 Conference and made Initial Disclosures. A Discovery Plan and Scheduling Order was issued on January 2, 2024 (ECF No. 91). In November 2023, Defendants served Plaintiff with interrogatories, requests for production of documents, and requests for admissions. Defendants served Subpoenas Duces Tecum on healthcare providers requesting medical records relating to Plaintiff. In January and February, 2024, Plaintiff made First and Second Supplemental Disclosures and served Subpoenas Duces Tecum on non-parties Nevada Department of Corrections and the Nevada Board of Parole Commissioners. The Parties also have held several meet-and-confers and have been able to resolve conflicts without court intervention to date.

**GOOD CAUSE TO EXTEND DISCOVERY**

Both parties are actively engaging in discovery and will continue to do so to ensure that relevant information is obtained and exchanged in a timely manner. Because Plaintiff is currently in the custody of the Nevada Department of Corrections, Defendants will be filing motions for permission to conduct an IME and to take his deposition. Defendants believe the IME and the deposition will provide information necessary for expert disclosures.

The Parties have stipulated and agreed to extend all deadlines by an additional thirty (30) days as set forth below. This extension will ensure that the case continues to progress smoothly, and to allow both sides to address issues that may arise between them.

For these reasons, this stipulation is made for good cause and not for any improper motive or to cause unnecessary delay.

The Parties hereby stipulate and agree to the following proposed deadlines in this case:

| Event | Existing Deadline | Proposed New Deadline |
|---|---|---|
| Last day to Amend Pleadings | April 30, 2024 | May 30, 2024 |
| Expert Disclosures (for party with the burden of proof on the issue) | April 2, 2024 | May 2, 2024 |
| Rebuttal Expert Disclosures | May 1, 2024 | May 31, 2024 |
| Discovery Cutoff | May 29, 2024 | June 28, 2024 |
| Discovery Motion Deadline | June 15, 2024 | July 15, 2024 |
| Dispositive Motion Deadline | June 29, 2024 | July 29, 2024 |
| Joint Proposed Pretrial Order | July 30, 2024 | August 29, 2024 |

///

///

///

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

**IT IS SO STIPULATED AND AGREED.**

DATED this 22nd day of March, 2024.    DATED this 22nd day of March, 2024.

**DICKINSON WRIGHT PLLC**    **AARON D. FORD**
**Attorney General**

*/s/John L. Krieger*    */s/Sabrena K. Clinton*
John L. Krieger, Esq.    Sabrena K. Clinton, Esq.
Email: jkrieger@dickinson-wright.com    Email: sclinton@ag.nv.gov
3883 Howard Hughes Pkwy., Suite 800    555 E. Washington Avenue, Suite 3900
Las Vegas, Nevada 89169    Las Vegas, Nevada 89101

*Attorneys for Plaintiff*    *Attorneys for Renee Baker and E.K. McDaniel*

**IT IS SO ORDERED.**

Parties are reminded to use the correct case number in all future filings: 2:19-cv-01529-APG-**MDC**

_____
Maximiliano D. Couvillier III
United States Magistrate Judge

DATED: March 26, 2024