# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Delbert M. Greene,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>State of Nevada, *et al.*,<br><br>　　　　　　Defendant(s). | **2:19-cv-01529-APG-MDC**<br><br>**Order** |

For good cause shown and because the Motion is unopposed, the *Motion to Take Deposition from Plaintiff* (ECF No. 102) IS GRANTED.

DATED this 11th day of April 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge