# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Delbert M. Greene,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>State of Nevada, *et al.*,<br><br>　　　　　Defendant(s). | **2:19-cv-01529-APG-MDC**<br><br>**Order** |

　　　　Pending before the Court is defendants' *Motion For Relief From The Court's Order* ("Motion") (ECF No. 114). The Motion seeks relief from the Court's Order to conduct the independent medical examination ("IME") on May 29, 2024, and May 30, 2024. The defendants ask that due to Dr. Penn's schedule, the IME be conducted between June 14, 2024, and July 1, 2024. For good cause shown and because the Motion is unopposed, the Court grants the Motion. See LR 7-2(d) ("The failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.").

　　　　The IME must be conducted in accordance with the previous Order (ECF No. 112), subject to Dr. Penn's schedule.

　　　　ACCORDINGLY,

　　　　**IT IS ORDERED that:**

1. The *Motion For Relief From The Court's Order* (ECF No. 114) is GRANTED.

2. The IME must be conducted between June 14, 2024, and July 1, 2024, and cannot exceed the limitations set forth by this Order, as detailed above.

DATED this 10th day of June 2024.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Maximiliano D. Couvillier III
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge