**DICKINSON WRIGHT PLLC**
JOHN L. KRIEGER, ESQ.
Nevada Bar No. 6023
Email: jkrieger@dickinson-wright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Delbert M. Greene,<br><br>             Plaintiff,<br><br>vs.<br><br>Shelly Williams, Renee Baker, and E.K. McDaniel,<br><br>             Defendants. | Case No: 2:19-cv-01529-APG-MDC<br><br>**JOINT STIPULATION TO EXTEND ALL DEADLINES**<br><br>**(FOURTH REQUEST)** |

Plaintiff Delbert Greene ("Plaintiff") and Defendants Renee Baker and E.K. McDaniel ("Defendants") (collectively the "Parties"), by and through their respective counsel of record, hereby respectfully submit this Joint Stipulation to Extend all deadlines by an additional sixty (60) days. This is the fourth request to extend deadlines in this matter. The Parties have agreed to the extension for the reasons set forth below:

**PROCEDURAL BACKGROUND**

Plaintiff filed his Amended Complaint in this case on July 15, 2020. (ECF No. 11.) Despite lack of service, Defendants Renee Baker and E.K. McDaniel filed their Motion to Dismiss on July 28, 2021. (ECF No. 37.) On March 31, 2022, the Court denied the Motion to Dismiss ordering the Plaintiff to show cause why his claims should be equitably tolled and providing Defendants Baker and McDaniel with an opportunity to respond. (ECF No. 45.) On October 24, 2022, the Court denied Defendant Baker and McDaniel's motion to dismiss (ECF No. 37) and Plaintiff's motion for temporary restraining order (ECF No. 48), but granted



1

Plaintiff's motion for appointment of counsel (ECF No. 61). (*See* ECF No. 63.) The Court referred the matter to the pro bono program on October 24, 2022. (ECF No. 64.) Defendants Baker and McDaniel filed an Answer to the First Amended Complaint on March 28, 2023. (ECF No. 75.) On April 28, 2023, the Court issued an order to extend case management deadlines so as to allow time for pro bono counsel to be appointed for Plaintiff. (ECF No. 83.) Pro bono counsel entered an appearance on behalf of Plaintiff on June 2, 2023. (ECF No. 84.)

On July 31, 2023, the Court entered an order granting a Joint Request to Extend all Deadlines (First Request) (ECF No. 87). Since that time, the parties participated in a Rule 26 Conference and made Initial Disclosures. The Court issued a Discovery Plan and Scheduling Order on January 2, 2024. (ECF No. 91.) Defendants served Subpoenas Duces Tecum on healthcare providers requesting medical records relating to Plaintiff. In January and February, 2024, Plaintiff made First and Second Supplemental Disclosures and served Subpoenas Duces Tecum on non-parties Social Security Administration, Nevada Department of Corrections ("NDOC") and the Nevada Board of Parole Commissioners. Defendants also deposed Plaintiff on April 29, 2024. Additionally, the Parties have held several meet-and-confers and been able to resolve conflicts without court intervention to date.

## GOOD CAUSE TO EXTEND DISCOVERY

Both parties are actively engaging in discovery and will continue to do so to ensure that relevant information is obtained and exchanged in a timely manner. Because Plaintiff is currently in the custody of the Nevada Department of Corrections, Defendants filed a motion for permission to conduct an IME. The Court granted Defendants' motion on May 15, 2024, and set certain dates by when the IME needed to occur. (ECF No. 112.) However, the doctor conducting the IME had a scheduling conflict, which resulted in Defendants filing a motion for relief from the Court's order and sought new dates for the IME. (ECF No. 114.) On June 10, 2024, the Court granted Defendants' motion for relief and indicated the IME needed to be completed by July 1, 2024. The IME is scheduled to take place on June 24, 2024, and July 1, 2024. Moreover, NDOC is still in the process of producing the documentation sought via subpoena, including documents regarding Plaintiff's health records, communications relevant to the claims made in the First

Amended Complaint, as well as relevant policies and procedures, among other requested documentation to which NDOC has sole access, custody, and control.

Additionally, counsel on both sides have experienced some changes in the attorney teams handling this matter, and therefore seek additional time to complete discovery and allow new members of the respective teams to come up to speed.

The Parties have stipulated and agreed to extend all deadlines by an additional sixty (60) days as set forth below. This extension will ensure that the case continues to progress smoothly, and to allow both sides to address issues that may arise between them. For these reasons, this stipulation is made for good cause and not for any improper motive or to cause unnecessary delay.

The Parties hereby stipulate and agree to the following proposed deadlines in this case:

| Event | Existing Deadline | Proposed New Deadline |
|---|---|---|
| Expert Disclosures (for party with the burden of proof on the issue) | July 1, 2024 | August 30, 2024 |
| Last day to Amend Pleadings | July 29, 2024 | September 27, 2024 |
| Rebuttal Expert Disclosures | July 30, 2024 | September 30, 2024* |
| Discovery Cutoff | August 27, 2024 | October 28, 2024* |
| Discovery Motion Deadline | September 13, 2024 | November 12, 2024 |
| Dispositive Motion Deadline | September 27, 2024 | November 26, 2024 |
| Joint Proposed Pretrial Order | October 28, 2024 | December 27, 2024 |

* Deadline falls on a weekend, so deadline moved to the next court day.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /




3

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

       **IT IS SO STIPULATED AND AGREED.**

| | |
|---|---|
| DATED this 26th day of June, 2024. | DATED this 26th day of June, 2024. |
| **DICKINSON WRIGHT PLLC** | **AARON D. FORD**<br>Attorney General |
| */s/ John L. Krieger*<br>John L. Krieger, Esq.<br>Email: jkrieger@dickinson-wright.com<br>3883 Howard Hughes Parkway, Suite 800<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Plaintiff* | */s/ Rudolf M. D'Silva*<br>Rudolf M. D'Silva<br>Email: rdsilva@ag.nv.gov<br>Randall Gilmer<br>Email: dgilmer@ag.mv.gov<br>Sabrena K. Clinton, Esq.<br>Email: sclinton@ag.nv.gov<br><br>555 E. Washington Avenue, Suite 3900<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Renee Baker and E.K. McDaniel* |

**IT IS SO ORDERED:**

_____
**Hon. Maximiliano D. Couvillier III**
**UNITED STATES MAGISTRATE JUDGE**
**Dated: 6/27/24**

