# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Delbert M. Greene,

            Plaintiff(s),

vs.

State of Nevada, *et al*.,

            Defendant(s).

2:19-cv-01529-APG-MDC

**Order to Produce Delbert M. Greene # 78774**

TO: NEVADA DEPARTMENT OF CORRECTIONS; and JEREMY BEAN, WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV.

The Court find that **Delbert M. Greene # 78774** is presently in the custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS ORDERED** that the parties to this case shall appear in-person for the June 18, 2025, *Motion to Extend Time* hearing (*see ECF No. 131*)**.**

**IT IS FURTHER ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **Delbert M. Greene # 78774** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in the LV Courtroom 3D, Las Vegas, Nevada on **June 18, 2025 at 9:00am in Courtroom 3B**. Plaintiff will not be released and shall be returned to the custody of the Warden, High Desert State Prison.

IT IS SO ORDERED.

Dated this 2nd day of June 2025.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge