UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DELBERT M. GREENE, | Case No.: 2:19-cv-01529-APG-NJK |
| Plaintiff | **Order Granting Motion to Strike** |
| v. | [ECF Nos. 142, 143, 144] |
| SHELLY WILLIAMS, et al., | |
| Defendants | |

I HEREBY GRANT Delbert Greene's motion (ECF Nos. 143, 144) to strike (withdraw) his previously filed motion for clarification. The motion for clarification (ECF No. 142) is deemed withdrawn.

DATED this 3rd day of December, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE