**DICKINSON WRIGHT PLLC**
John L. Krieger, Esq.
Nevada Bar No. 6023
Email: jkrieger@dickinson-wright.com
Jordan M. Marchello, Esq.
Nevada Bar No. 16926
Email: jmarchello@dickinson-wright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DELBERT M. GREENE,<br><br>                              Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>                              Defendants. | Case No: 2:19-cv-01529-APG-MDC<br><br>**ORDER RE: PLAINTIFF'S MOTION FOR COURT INTERVENTION AND CLARIFICATION (ECF NO. 147) AND PLAINTIFF'S COUNSEL'S JOINDER THERETO (ECF NO. 149), MOTION FOR OBTAINING WRIT OF ATTACHMENT (ECF NO. 148), MOTION ENFORCING A JUDGMENT FOR A SPECIFIC ACT (ECF NO. 151), AND REQUEST FOR ANSWER (ECF NO. 152).** |

Before the Court is Plaintiff's Motion for Court Intervention and Clarification (ECF No. 147) and Plaintiff's counsel's joinder thereto (ECF No. 149), as well as Plaintiff's Motion for Obtaining Writ of Attachment (ECF No. 148), Motion Enforcing a Judgment for a Specific Act (ECF No. 151), and Request for Answer (ECF No. 152).

Having heard from the parties during the virtual hearing held on February 25, 2026, and good cause appearing, Plaintiff's Motion for Court Intervention and Clarification is **GRANTED**, and all other pending Motions are **DENIED** as moot.

The Court hereby **ORDERS** as follows:

1.      Pursuant to Plaintiff Greene's request, Plaintiff's counsel – the law firm of

Dickinson Wright PLLC – shall disburse all $200,000.00 (USD) of Mr. Greene's settlement funds currently held in the law firm's client trust IOLTA account (the "Settlement Amount"), to Plaintiff Greene's sister, Ms. Kimberly Davis.

2.      No later than seven days from the date of entry of this Order, Plaintiff's counsel shall make a check for the Settlement Amount available for Ms. Kimberly Davis to pick up from the law office of Dickinson Wright PLLC, located at 3883 Howard Hughes Parkway, Suite 800, Las Vegas, Nevada 89169.

3.      Upon entry of this Order, Plaintiff's counsel shall provide a copy of this Order to Mr. Greene, with notice that this Order has been entered and confirmation that the process of transferring the Settlement Amount to Ms. Kimberly Davis has been initiated.

4.      Upon successful transfer of the Settlement Amount, Plaintiff's counsel shall further send notice and confirmation to Plaintiff that the funds have been distributed to Ms. Kimberly Davis, after which counsel may submit a stipulation for an order to dismiss the case.

**IT IS SO ORDERED:**

THE HONORABLE ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: February 26, 2026



2