AARON D. FORD
 Attorney General
RUDOLF M. D'SILVA, Bar No. 16227
 Deputy Attorney General
State of Nevada
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
Tel: (702) 486-3375
Fax: (702) 486-3768
E-mail: rdsilva@ag.nv.gov

*Attorneys for Defendants*
*Renee Baker and E.K. McDaniel*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DELBERT M. GREENE,<br><br>                    Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al*,<br><br>                    Defendants. | Case No. 2:19-cv-01529-APG-MDC<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff Delbert M. Greene (Greene), by and through counsel John Krieger, Esq., and Defendants Renee Baker and E.K. McDaniel, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Rudolf M. D'Silva, Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 4th day of March 2026.

By: */s/ John Krieger*
John Krieger (Bar No. 6023)
*Attorney for Plaintiff*

DATED this 4th day of March 2026.
AARON D. FORD
Attorney General

By: /s/ Rudolf M. D'Silva
Rudolf M. D'Silva (Bar No. 16227)
Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED:

Dated:   March 5, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Page **1**